Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENLEY HARDIN, individually and on behalf of all others similarly situated, <br> Plaintiff, <br><br> vs. <br><br> PREMIUM MERCHANT FUNDING ONE, LLC, and DOES 1 through 10, inclusive, and each of them, <br> Defendants. | Case No. <br><br> **2:19-cv-07552-FMO-SK** <br> **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter with prejudice as to plaintiff and without prejudice as to the putative class. Each party shall bear their own costs and attorneys' fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice as to individual claims only and without an Order of the Court.

Respectfully submitted this 29th Day of October, 2019.

By: s/Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney For Plaintiff

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

Filed electronically on October 29, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on October 29, 2019to:

To the Honorable Court, all parties and their Counsel of Record

s/ Adrian R. Bacon
   Adrian R. Bacon